25 CV 207-V

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FILED
MAR 07 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

RENE LATRICE WILLIAMS THOMAS

-vs-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* **Add a separate sheet, if necessary.**

1. BUFFALO POLICE DEPARTMENT(INCLUDING B AND C DISTRICT)
2. DETECTIVE MILITELLO
3. CHIEF THELMA E. JONES
4. SERGEANT ANTHONY C. FANARA
5. JADE HOOKS
6. KAYLA FLEMING

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: This court has jurisdiction over the claims in this case under 28 U.S.C. § 1331 and 28 U.S.C. § 1343, which grants federal jurisdiction for cases arising under the Constitution, laws, or treaties of the Uni

Plaintiff's claims are brought under 42 U.S.C § 1983, which allows for the redress of violations of rights, privileges, or immunities secured by the Constitution and laws of the United States. Specifically, Plaintiff alleges violations of her Fourth and Fourteenth Amendment rights related to unreasonable searc

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Venue is proper in Western District of New York pursuant to 28 U.S.C. § 1391(B)(2) because a substantial part of the events or omissions giving rise to the claims occured in Buffalo, New York, within this District.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: This is a civil rights action brought under 42 U.S.C. § 1983, seeking damages for violations of Plaintiff's constitutional rights under the First, Fourth, and Fourteenth Amendments, including but not limited to: unreasonable search and seizure, failure to investigate Plaintiff's claims, police misconduct, mocking and dismissive, and deprivation of due process.

Supplemental Information Regarding Claim For Plaintiff: RENE LATRICE WILLIAMS-THOMAS

Name of Fourth Defendant: JADE HOOKS
Official Position of Defendant (if relevant): ATTACKER(STABBING-IDENTITY THEFT)
Address of Defendant:354 Rosylyn Ave, Buffalo, NY 14215(LAST KNOWN ADDRESS)

Name of Fifth Defendant: DARNELL MADDOX
Official Position of Defendant (if relevant):PROPERTY DAMAGE AND ACCOMPLICE
Address of Defendant: 964 Walden Ave, Buffalo, NY 14211(LAST KNOWN ADDRESS)

Name of Sixth Defendant: SONJI COLLINS
Official Position of Defendant (if relevant):UNLAWFUL TAKING OF PROPERTY & TAX DOCUMENTS
Address of Defendant: 251 KEYSTONE STREET, BUFFALO, NY 14211(LAST KNOWN ADDRESS)

Name of Seventh Defendant: MAYOR BYRON BROWN
Official Position of Defendant (if relevant):GOVERNMENT OFFICIAL(NEGLIGENCE AND FAILURE TO ACT)
Address of Defendant: 65 NIAGARA SQUARE, BUFFALO, NY 14202

Name of Eigth Defendant: LETICIA JAMES
Official Position of Defendant (if relevant): GOVERNMENT OFFICIAL(NEGLIGENCE AND FAILURE TO ACT)
Address of Defendant: 28 LIBERTY STREET, NEW YORK, NY 10005

Name of Nineth Defendant: FEDERAL BUREAU OF INVESTIGATION
Official Position of Defendant (if relevant): A GOVERNMENT LAW ENFORCEMENT AGENCY
Address of Defendant: J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVENUE NW WASHINGTON, D.C. 20535-0001

Name of Eleventh Defendant: KAYLA FLEMING
Official Position of Defendant (if relevant): WITNESS AND SETUP PARTICIPANT
Address of Defendant: 964 WALDEN AVE, BUFFALO, NY 14215(LAST KNOWN ADDRESS)

Name of Twelfth Defendant: SERGEANT ANTHONY C FANARA
Official Position of Defendant (if relevant): BUFFALO POLICE DEPARTMENT
Address of Defendant:Buffalo Police Department C District, 74 Franklin Street, Buffalo,NY 14202

2/24/2025    *[signature]*

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: RENE LATRICE WILLIAMS THOMAS

Present Address: 573 W 183 st apt 3D
New York, NY 10033

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: BUFFALO POLICE DEPARTMENT(INCLUDING B AND C DISTRICT)

Official Position of Defendant (if relevant): INVESTIGATING AGENCY

Address of Defendant: 74 Franklin Street, Buffalo, NY 14202

Name of Second Defendant: Detective Militello

Official Position of Defendant (if relevant): ASSIGNED DETECTIVE

Address of Defendant: Buffalo Police Department B District, 74 Franklin Street, Buffalo, NY 14202

Name of Third Defendant: Chief Thelma E. Jones

Official Position of Defendant (if relevant): BUFFALO POLICE DEPARTMENT

Address of Defendant: Buffalo Police Department C District, 74 Franklin Street, Buffalo, NY 14202

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

   Yes [ ]   No [✔]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   _____

2

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____
4. Name of Judge to whom case was assigned:_____
5. The approximate date the action was filed:_____
6. What was the disposition of the case?

   Is it still pending? Yes [ ]  No [ ]

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   [ ] Dismissed (check the statement which indicates why it was dismissed):

   [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   [ ] By court due to your voluntary withdrawal of claim;

   [ ] Judgment upon motion or after trial entered for

   [ ] plaintiff
   [ ] defendant.

---

### 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) December 20, 2020 ,
defendant (*give the **name and (if relevant) the position held** of each defendant* involved in this incident) _____
JADE HOOKS(ATTACKER), DARNELL MADDOX(EX BOYFRIEND AND ACCOMPLICE),KAYLA FLEMING(WITNESS AND SETUP PARTICIPANT)
**DETECTIVE MILITELLO(ASSIGNED DETECTIVE)**

did the following to me (*briefly state what each defendant named above did*): JADE HOOKS attacked me on my porch with a knife, stabbing me on my porch with a knife, stabbing me in the neck and arm. Kayla Fleming was present and attempted to help me during the attack, but was also jumped by Jade's friend while trying to intervene. During this time, Darnell Maddox, my ex-boyfiend, was in communication with Jade, exxchanging messages in which he expressed concern of his own safety and implied they should target me instead. After the stabbing, Jade stole my keychain wallet, which contained my Permit/ID, Social Security Cards, Credit Cards, and other personal information. This theft led to identity theft and fraudalent unemployment claims in my name, blocking me from receiving my benefits for nine months. Despite clear evidence, including security foootage of the stabbing, the Buffalo Police Department faild to properly investigate the attack, ignored my reports of threats against my life, and did not arrest or charge Jade for the attack. Kayla later became involved in setting me up in the subsequent shooting incident by helping arrange a meeting at the location where I was shot at 15times. This incident occured two weeks later,after the shooting.

The federal basis for this claim is: 42 U.S.C § 1983, which provides individuals to sue state actors for violating constitutional rights.The Buffalo Police Department's failure to investigate the stabbing and arrest the perpetrator violated my Fourteenth Amendment right to due process and equal protection.Additionally, their inaction violated my Fourth Amendment right to be proteled from harm. Under the stat-created danger doctrine, the police's failure to act put me in further dan

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I request that the court order th Buffalo Police Department to investigate the stabbing incident, arrest the responsible individual, and hold them accountabe. I also seek compensation for the emotional, physical, and financial harm caused by the polices's failure to act. Additionally, I request any other relief the court deems appropriate to address the violation of my rights and the harm I've suffered.

**B. SECOND CLAIM:** On (*date of the incident*) December 20, 2020, defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) BUFFALO POLICE DEPARTMENT(INVESTIGATING AUTHORITY), DETECTIVE MILITELLO(ASSIGNED DETECTIVE) MAYOR BYRON BROWN(CITY OFFICIAL) LETICIA JAMES(NEW YORK STATE ATTORNEY GENERAL) CHIEF THELMA JONES (BUFFALO POLICE DEPARTMENT) FBI(FEDERAL BUREAU OF INVESTIGATION) SERGENT ANTHONY C. FANARA(BUFFALO POLICE DEPARTMENT)

did the following to me (*briefly state what each defendant named above did*): two weeks after th stabbing, I was set up by Kayla, my ex-boyfriend Darnell's blood cousin. Kayla asked me to give her a ride to drop off money to her sister for Christmas gifts and to pick up my little brother, Kenny, her boyfriend at the time. She claimed this was some simple errand, but as soon as she entered her sister's house, I was shot at 15 times while sitting in my parked vehicle. I survived the attack and drove myself to the emergency room. Afterward, the Buffalo Police seized my vehicle for investigation but never contacted me or properly investigated the incident. I was denied access to my vehicle to retrieve personal items and evidence for insurance purposes. Despite this, the police auctioned off my car without my consent, and I am left forced to pay towing fees and receive tickets in my name for the impound. This lack of action from police caused legal and financial hardships. Over the years, I have repeatedly contacted the Buffalo Police and other officials for updates on my case. In 2023 I contacted Buffalo Police Chief for an update, as well as C District's Chief and Sergeant. However, both departments blamed each other for the lack of progress. I was told the case was being investigated, but no follow-up was provided. In 2023, I also reached out to Leticia James' office and was contacted by a representative, but I never received a meaningful response. I contacted the FBI, and in a recorded conversation, an agent told me to go back to the Buffalo

The federal basis for this claim is: The federal basis of this claim is violations of my constitutional rights under 42 U.S.C. § 1983, which protects individuals from actions taken by state actors that violate constitutional rights, specifically due process and The failure of law enforcement, including the Buffalo Police Department, the FBI, and other officials, to properly investigate the shooting incident, seize evidence, and provide me with protection and to my personal property constitutes a breach of my rights under the Fifth and Fourteenth Amendments. Add

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I request that the court order a full investigation into the shooting and stabbing incidents and hold the responsible parties accountable. I seek compensation for the financial and emotional harm caused by the mishandling of the investigations, including the unlawful auctioning of my vehicle and denial of access to my personal property. I also request compensation for the damages and theft of my home and belongings by Darnell Maddox and my aunt Sonji Collins. Furthermore, I ask for the court's assistance in ensuring all involved in the shooting, theft,and stabbing face legal consequences and bear the responsibility for their actions.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I respectfully ask the court to hear my cry for justice. Although I am aware that my case is outside of the statute of limitations, I have faced years of neglect and lack of assistance from authorities, lawyers, and others who should have helped me. Due tp the seriousness of my case and potiential connection to law enforcement, I have been unable to find the necessary support and guidance. I have audio recordings of numerous attempts to contact higher authorities, but each time, I was left to navigate the legal system on my own. Over the years, I have had to teach myself the laws, the justice sysyem, and th

I ask the court to consider these circumstances and the ongoing harm I have suffered due to this lack of assistance. Additionally, I request the court to order a full investigation into the shooting and stabbing incidents, hold all responsible parties accountable, ensure that those involved face appropriate lega consequences for their actions, and award compensation for the financial, emotional, and physical harm I have endured.

Do you want a **jury trial**? Yes [✔]  No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  2/24/2025
                    (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
                        [signature]
            Signature(s) of Plaintiff(s)

Statement of Claims Continued For Plaintiff: RENE LATRICE WILLIAMS-THOMAS

Continued from RENE LATRICE WILLIAMS-THOMAS v. MAYOR BYRON BROWN, BUFFALO POLICE DEPARTMENT, AND OTHERS.

5. STATEMENT OF CLAIM
Please note that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon. Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. FIRST CLAIM:
On (date of the incident) , December 2, 2020 defendant (give the name and (if relevant) the position held of each defendant involved in this incident) JADE HOOKS(ATTACKER), DARNELL MADDOX(EX BOYFRIEND AND ACCOMPLICE),KAYLA FLEMING(WITNESS AND SETUP PARTICIPANT),DETECTIVE MILITELLO(ASSIGNED DETECTIVE)did the following to me (briefly state what each defendant named above did):
JADE HOOKS attacked me on my porch with a knife,stabbing me on my porch with a knife, stabbing me in the neck and arm. Kayla Fleming was present and attempted to help me during the attack, but was also jumped by Jade's friend while trying to intervene.
During this time, Darnell Maddox, my ex-boyfiend, was in communication with Jade, exxchanging messages in which he expressed concern of his own safety and implied they should target me instead. After the stabbing, Jade stole my keychain wallet, which
contained my Permit/ID, Social Security Cards, Credit Cards, and other personal information. This theft led to identity theft and fraudalent unemployment claims in my name, blocking me from receiving my benefits for nine months. Despite clear evidence,
including security foootage of the stabbing, the Buffalo Police Department faild to properly investigate the attack, ignored my reports of threats against my life, and did not arrest or charge Jade for the attack. Kayla later became involved in setting me
up in the subsequent shooting incident by helping arrange a meeting at the location where I was shot at 15times. This incident occured two weeks later,after the stabbing.

The federal basis for this claim is: 42 U.S.C § 1983, which provides individuals to sue state actors for violating constitutional rights.The Buffalo Police Department's failure to investigate the stabbing and arrest the perpetrator violated my Fourteenth Amendment
right to due process and equal protection. Additionally, their inaction violated my Fourth Amendment right to be proteted from harm. Under the state-created danger doctrine, the police's failure to act put me in further danger, despite having the opportunity to intervene.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court order th Buffalo Police Department to investigate the stabbing incident, arrest the responsible individual, and hold them accountabe.
I also seek compensation for the emotional,physical, and financial harm caused by the polices's failure to act. Additionally, I request any other relief the court deems appropriate to address the violation of my rights and the harm I've suffered.

B. SECOND CLAIM:
On (date of the incident) , December 2, 2020 defendant (give the name and (if relevant) position held of each defendant involved in this incident) BUFFALO POLICE DEPARTMENT(INVESTIGATING AUTHORITY), DETECTIVE MILITELLO(ASSIGNED DETECTIVE) MAYOR BYRON BROWN(CITY OFFICIAL) LETICIA JAMES(NEW YORK STATE ATTORNEY GENERAL) CHIEF THELMA JONES (BUFFALO POLICE DEPARTMENT) FBI(FEDERAL BUREAU OF INVESTIGATION)
SERGENT ANTHONY C. FANARA(BUFFALO POLICE DEPARTMENT) did the following to me (briefly state what each defendant named above did): two weeks after th stabbing, I was set up by Kayla, my ex-boyfriend Darnell's blood cousin. Kayla asked me to give her a ride to drop off money
to her sister for Christmas gifts and to pick up my little brother, Kenny, her boyfriend at the time. She claimed this was some simple errand, but as soon as she entered her sister's house, I was shot at 15 times while sitting in my parked vehicle. I survived the attack and
drove myself to the emergency room. Afterward, the Buffalo Police seized my vehicle for investigation but never contacted me or properly investigated the incident. I was denied access to my vehicle to retrieve personal items and evidence for insurance purposes.
Despite this, the police auctioned off my car without my consent, and I am left forced to pay towing fees and receive tickets in my name for the impound. This lack of action from police caused legal and financial hardships. Over the years, I have repeatedly contacted the
Buffalo Police and other officials for updates on my case. In 2023 I contacted Buffalo Police Chief for an update, as well as C District's Chief and Sergeant. However, both departments blamed each other for the lack of progress I was told the case was being investigated,
but no follow-up was provided. In 2023, I also reached out to Leticia James' office and was contacted by a representative, but I never received a meaningful response. I contacted the FBI, and in a recorded conversation, an agent told me to go back to the Buffalo Police,
despite the fact that they had been refusing to help me for years. I have also reached out to Mayor Byron Brown with no follow-up or meaningful asistance. I have also had multiple interactions and emails with CHief Thelma Jones and Sergeant Anthony C. Fanara of the
Buffalo Police Department. Despite these efforts, I have not received any response asof the latest communication on December 3, 2024. The patten of neglicence, lack of communication, and failure to act has caused me significant harm and continues to affect my life today.


The federal basis for this claim is: violations of my constitutional rights under 42 U.S.C. § 1983, which protects individuals from actions taken by state actors that violate constitutional rights, specifically due process and equal protection
under the law The failure of law enforcement, including the Buffalo Police Department, the FBI, and other officials, to properly investigate the shooting incident, seize evidence, and provide me with protection and to my personal property constitutes a breach of my rights
under the Fifth and Fourteenth Amendments. Additionally, their continued negligence, despite my repeated attempts to seek help, violates my right to due process and equal protection. I also seek remedy under the Federal Tort Claims Act for the negligent actions of federal
agencies and other authorities involved in this case. Their failure to act in a timely and appropriate manner has caused ongoing harm and continues to affect my life.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court order a full investigation into the shooting and stabbing incidents and hold the responsible parties accountable. I seek compensation for the financial and emotional harm caused by the mishandling of the investigations, including the unlawful auctioning

of my vehicle and denial of access to my personal property. I also request compensation for the damages and theft of my home and belongings by Darnell Maddox and my aunt Sonji Collins. Furthermore, I ask for the court's assistance in ensuring all involved in the shooting, theft, and stabbing face legal consequences and bear the responsibility for their actions.

6. SUMMARY OF RELIEF SOUGHT
Summarize the relief requested by you in each statement of claim above
I respectfully ask the court to hear my cry for justice. Although I am aware that my case is outside of the statute of limitations, I have faced years of neglect and lack of assistance from authorities, lawyers, and others who should have helped me. Due tp the seriousness of my
case and potiental connection to law enforcement, I have been unable to find the necessary support and guidance. I have audio recordings of numerous attempts to contact higher authorities, but each time, I was left to navigate the legal system on my own. Over the years, I have
had to teach myself the laws, the justice sysyem, and the chains of command because no one was willing to help. I ask the court to consider these circumstances and the ongoing harm I have suffered due to this lack of assistance. Additionally, I request the court to order a full
investigation into the shooting and stabbing incidents, hold all responsible parties accountable, ensure that those involved face appropriate legal consequences for their actions, and award compensation for the financial, emotional, and physical harm I have endured.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on
(date)
NOTE: Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

Signature(s) of Plaintiff(s)   2/24/2025