Rene' Latrice Williams-Thomas     CASE #: 25-cv-207

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**FILED MAR 27 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY**

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.     Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

RENE LATRICE WILLIAMS THOMAS

-vs-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. BUFFALO POLICE DEPARTMENT(INCLUDING B AND C DISTRICT)
2. DETECTIVE MILITELLO
3. CHIEF THELMA E. JONES
4. SERGEANT ANTHONY C. FANARA
5. JADE HOOKS
6. KAYLA FLEMING

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: This court has jurisdiction over the claims in this case under 28 U.S.C. § 1331 and 28 U.S.C. § 1343, which grants federal jurisdiction for cases arising under the Constitution, laws, or treaties of the Uni

Plaintiff's claims are brought under 42 U.S.C § 1983, which allows for the redress of violations of rights, privileges, or immunities secured by the Constitution and laws of the United States. Specifically, Plaintiff alleges violations of her Fourth and Fourteenth Amendment rights related to unreasonable searc

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: Venue is proper in Western District of New York pursuant to 28 U.S.C. § 1391(B)(2) because a substantial part of the events or omissions giving rise to the claims occured in Buffalo, New York, within this District.

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: This is a civil rights action brought under 42 U.S.C. § 1983, seeking damages for violations of Plaintiff's constitutional rights under the First, Fourth, and Fourteenth Amendments, including but not limited to: unreasonable search and seizure, failure to investigate Plaintiff's claims, police misconduct, mocking and dismissive, and deprivation of due process.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: RENE LATRICE WILLIAMS THOMAS

Present Address: 573 W 183 st apt 3D
New York, NY 10033

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: BUFFALO POLICE DEPARTMENT(INCLUDING B AND C DISTRICT)

Official Position of Defendant (if relevant): INVESTIGATING AGENCY

Address of Defendant: 74 Franklin Street, Buffalo, NY 14202

Name of Second Defendant: Detective Militello

Official Position of Defendant (if relevant): ASSIGNED DETECTIVE

Address of Defendant: Buffalo Police Department B District, 74 Franklin Street, Buffalo, NY 14202

Name of Third Defendant: Chief Thelma E. Jones

Official Position of Defendant (if relevant): BUFFALO POLICE DEPARTMENT

Address of Defendant: Buffalo Police Department C District, 74 Franklin Street, Buffalo,NY 14202

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

    Yes [ ]   No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

2

Supplemental Information Regarding Claim For Plaintiff: RENE LATRICE WILLIAMS-THOMAS

Name of Fourth Defendant: JADE HOOKS
Official Position of Defendant (if relevant): ATTACKER(STABBING-IDENTITY THEFT)
Address of Defendant:354 Rosylyn Ave, Buffalo, NY 14215(LAST KNOWN ADDRESS)

Name of Fifth Defendant: DARNELL MADDOX
Official Position of Defendant (if relevant):PROPERTY DAMAGE AND ACCOMPLICE
Address of Defendant: 964 Walden Ave, Buffalo, NY 14211(LAST KNOWN ADDRESS)

Name of Sixth Defendant: SONJI COLLINS
Official Position of Defendant (if relevant):UNLAWFUL TAKING OF PROPERTY & TAX DOCUMENTS
Address of Defendant: 251 KEYSTONE STREET, BUFFALO, NY 14211(LAST KNOWN ADDRESS)

Name of Seventh Defendant: MAYOR BYRON BROWN
Official Position of Defendant (if relevant):GOVERNMENT OFFICIAL(NEGLIGENCE AND FAILURE TO ACT)
Address of Defendant: 65 NIAGARA SQUARE, BUFFALO, NY 14202

Name of Eigth Defendant: LETICIA JAMES
Official Position of Defendant (if relevant): GOVERNMENT OFFICIAL(NEGLIGENCE AND FAILURE TO ACT)
Address of Defendant: 28 LIBERTY STREET, NEW YORK, NY 10005

Name of Nineth Defendant: FEDERAL BUREAU OF INVESTIGATION
Official Position of Defendant (if relevant): A GOVERNMENT LAW ENFORCEMENT AGENCY
Address of Defendant: J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVENUE NW WASHINGTON, D.C. 20535-0001

Name of Eleventh Defendant: KAYLA FLEMING
Official Position of Defendant (if relevant): WITNESS AND SETUP PARTICIPANT
Address of Defendant: 964 WALDEN AVE, BUFFALO, NY 14215(LAST KNOWN ADDRESS)

Name of Twelfth Defendant: SERGEANT ANTHONY C FANARA
Official Position of Defendant (if relevant): BUFFALO POLICE DEPARTMENT
Address of Defendant:Buffalo Police Department C District, 74 Franklin Street, Buffalo,NY 14202


AMENDED DEFENDANTS:
Name of Twelfth Defendant: DETECTIVE SCHNELL
Official Position of Defendant (if relevant): BUFFALO POLICE DEPARTMENT
Address of Defendant:Buffalo Police Department C District, 74 Franklin Street, Buffalo,NY 14202

Name of Twelfth Defendant: DETECTIVE TRIPP
Official Position of Defendant (if relevant): BUFFALO POLICE DEPARTMENT
Address of Defendant:Buffalo Police Department C District, 74 Franklin Street, Buffalo,NY 14202

Date 3/25/2025                                                                  Signature: [signature]

Original Filing Date
February 2025
(2/2025)

       Defendant(s):_____

       _____

2.      Court (if federal court, name the district; if state court, name the county):_____

       _____

3.      Docket or Index Number:_____

4.      Name of Judge to whom case was assigned:_____

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

       Is it still pending?  Yes ☐  No ☐

          If not, give the approximate date it was resolved._____

       Disposition (check those statements which apply):

       ☐ Dismissed (check the statement which indicates why it was dismissed):

          ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

          ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

          ☐ By court due to your voluntary withdrawal of claim;

       ☐ Judgment upon motion or after trial entered for

          ☐ plaintiff
          ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) December 20, 2020_____,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____
JADE HOOKS(ATTACKER), DARNELL MADDOX(EX BOYFRIEND AND ACCOMPLICE),KAYLA FLEMING(WITNESS AND SETUP PARTICIPANT)
**DETECTIVE MILITELLO(ASSIGNED DETECTIVE)**

3

did the following to me (*briefly state what each defendant named above did*): JADE HOOKS attacked me on my porch with a knife, stabbing me on my porch with a knife, stabbing me in the neck and arm. Kayla Fleming was present and attempted to help me during the attack, but was also jumped by Jade's friend while trying to intervene. During this time, Darnell Maddox, my ex-boyfiend, was in communication with Jade, exxchanging messages in which he expressed concern of his own safety and implied they should target me instead. After the stabbing, Jade stole my keychain wallet, which contained my Permit/ID, Social Security Cards, Credit Cards, and other personal information. This theft led to identity theft and fraudalent unemployment claims in my name, blocking me from receiving my benefits for nine months. Despite clear evidence, including security foootage of the stabbing, the Buffalo Police Department faild to properly investigate the attack, ignored my reports of threats against my life, and did not arrest or charge Jade for the attack. Kayla later became involved in setting me up in the subsequent shooting incident by helping arrange a meeting at the location where I was shot at 15times. This incident occured two weeks later,after the shooting.

The federal basis for this claim is: 42 U.S.C § 1983, which provides individuals to sue state actors for violating constitutional rights.The Buffalo Police Department's failure to investigate the stabbing and arrest the perpetrator violated my Fourteenth Amendment right to due process and equal protection Additionally, their inaction violated my Fourth Amendment right to be protated from harm. Under the stat-created danger doctrine, the police's failure to act put me in further dan-

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
I request that the court order th Buffalo Police Department to investigate the stabbing incident, arrest the responsible individual, and hold them accountabe. I also seek compensation for the emotional, physical, and financial harm caused by the polices's failure to act. Additionally, I request any other relief the court deems appropriate to address the violation of my rights and the harm I've suffered.

**B. SECOND CLAIM:** On (*date of the incident*) December 20, 2020, defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) BUFFALO POLICE DEPARTMENT(INVESTIGATING AUTHORITY), DETECTIVE MILITELLO(ASSIGNED DETECTIVE) MAYOR BYRON BROWN(CITY OFFICIAL) LETICIA JAMES(NEW YORK STATE ATTORNEY GENERAL) CHIEF THELMA JONES (BUFFALO POLICE DEPARTMENT) FBI(FEDERAL BUREAU OF INVESTIGATION) SERGENT ANTHONY C. FANARA(BUFFALO POLICE DEPARTMENT)

did the following to me (*briefly state what each defendant named above did*): two weeks after th stabbing, I was set up by Kayla, my ex-boyfriend Darnell's blood cousin. Kayla asked me to give her a ride to drop off money to her sister for Christmas gifts and to pick up my little brother, Kenny, her boyfriend at the time. She claimed this was some simple errand, but as soon as she entered her sister's house, I was shot at 15 times while sitting in my parked vehicle. I survived the attack and drove myself to the emergency room. Afterward, the Buffalo Police seized my vehicle for investigation but never contacted me or properly investigated the incident. I was denied access to my vehicle to retrieve personal items and evidence for insurance purposes. Despite this, the police auctioned off my car without my consent, and I am left forced to pay towing fees and receive tickets in my name for the impound. This lack of action from police caused legal and financial hardships. Over the years, I have repeatedly contacted the Buffalo Police and other officials for updates on my case. In 2023 I contacted Buffalo Police Chief for an update, as well as C District's Chief and Sergeant However, both departments blamed each other for the lack of progress I was told the case was being investigated, but no follow-up was provided In 2023, I also reached out to Leticia James' office and was contacted by a representative, but I never received a meaningful response. I contacted the FBI, and in a recorded conversation, an agent told me to go back to the Buffalo

The federal basis for this claim is: The federal basis of this claim is violations of my constitutional rights under 42 U.S.C § 1983, which protects individuals from actions taken by state actors that violate constitutional rights, specifically due process and The failure of law enforcement, including the Buffalo Police Department, the FBI, and other officials, to properly investigate the shooting incident, seize evidence, and provide me with protection and to my personal property constitutes a breach of my rights under the Fifth and Fourteenth Amendments. Add

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
I request that the court order a full investigation into the shooting and stabbing incidents and hold the responsible parties accountable. I seek compensation for the financial and emotional harm caused by the mishandling of the investigations, including the unlawful auctioning of my vehicle and denial of access to my personal property. I also request compensation for the damages and theft of my home and belongings by Darnell Maddox and my aunt Sonji Collins. Furthermore, I ask for the court's assistance in ensuring all involved in the shooting, theft,and stabbing face legal consequences and bear the responsibility for their actions.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I respectfully ask the court to hear my cry for justice. Although I am aware that my case is outside of the statute of limitations, I have faced years of neglect and lack of assistance from authorities, lawyers, and others who should have helped me. Due tp the seriousness of my case and potiental connection to law enforcement, I have been unable to find the necessary support and guidance. I have audio recordings of numerous attempts to contact higher authorities, but each time, I was left to navigate the legal system on my own. Over the years, I have had to teach myself the laws, the justice sysyem, and th I ask the court to consider these circumstances and the ongoing harm I have suffered due to this lack of assistance. Additionally, I request the court to order a full investigation into the shooting and stabbing incidents, hold all responsible parties accountable, ensure that those involved face appropriate lega consequences for their actions, and award compensation for the financial, emotional, and physical harm I have endured.

Do you want a **jury trial**? Yes ✓  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 3/25/25
(date)
Original filing Date February, 2025 (2/2025)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
Signature(s) of Plaintiff(s)

5

Statement of Claims Continued For Plaintiff: RENE LATRICE WILLIAMS-THOMAS

Continued from RENE LATRICE WILLIAMS-THOMAS v. MAYOR BYRON BROWN, BUFFALO POLICE DEPARTMENT, AND OTHERS.

5. STATEMENT OF CLAIM
Please note that it is not enough to just list the ground(s) for your action. You must include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon. Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. FIRST CLAIM:
On (date of the incident) , December 2, 2020 defendant (give the name and (if relevant) the position held of each defendant involved in this incident)
JADE HOOKS(ATTACKER), DARNELL MADDOX(EX BOYFRIEND AND ACCOMPLICE),KAYLA FLEMING(WITNESS AND SETUP PARTICIPANT),DETECTIVE MILITELLO(ASSIGNED DETECTIVE)did the following to me (briefly state what each defendant named above did):
JADE HOOKS attacked me on my porch with a knife,stabbing me on my porch with a knife, stabbing me in the neck and arm. Kayla Fleming was present and attempted to help me during the attack, but was also jumped by Jade's friend while trying to intervene. During this time, Darnell Maddox, my ex-boyfiend, was in communication with Jade, exxchanging messages in which he expressed concern of his own safety and implied they should target me instead. After the stabbing, Jade stole my keychain wallet, which contained my Permit/ID, Social Security Cards, Credit Cards, and other personal information. This theft led to identity theft and fraudalent unemployment claims in my name, blocking me from receiving my benefits for nine months. Despite clear evidence, including security foootage of the stabbing, the Buffalo Police Department faild to properly investigate the attack, ignored my reports of threats against my life, and did not arrest or charge Jade for the attack. Kayla later became involved in setting me up in the subsequent shooting incident by helping arrange a meeting at the location where I was shot at 15times. This incident occured two weeks later,after the stabbing.

The federal basis for this claim is: 42 U.S.C § 1983, which provides individuals to sue state actors for violating constitutional rights.The Buffalo Police Department's failure to investigate the stabbing and arrest the perpetrator violated my Fourteenth Amendment right to due process and equal protection. Additionally, their inaction violated my Fourth Amendment right to be proteted from harm. Under the state-created danger doctrine, the police's failure to act put me in further danger, despite having the opportunity to intervene.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court order thE Buffalo Police Department to investigate the stabbing incident, arrest the responsible individual, and hold them accountabe.
I also seek compensation for the emotional,physical, and financial harm caused by the polices's failure to act. Additionally, I request any other relief the
court deems appropriate to address the violation of my rights and the harm I've suffered.

B. SECOND CLAIM:
On (date of the incident) , December 2, 2020 defendant (give the name and (if relevant) position held of each defendant involved in this incident)
BUFFALO POLICE DEPARTMENT(INVESTIGATING AUTHORITY), DETECTIVE MILITELLO(ASSIGNED DETECTIVE) MAYOR BYRON BROWN(CITY OFFICIAL) LETICIA JAMES(NEW YORK STATE ATTORNEY GENERAL) CHIEF THELMA JONES (BUFFALO POLICE DEPARTMENT) FBI(FEDERAL BUREAU OF INVESTIGATION)
SERGENT ANTHONY C. FANARA(BUFFALO POLICE DEPARTMENT) did the following to me (briefly state what each defendant named above did): two weeks after th stabbing, I was set up by Kayla, my ex-boyfriend Darnell's blood cousin. Kayla asked me to give her a ride to drop off money
to her sister for Christmas gifts and to pick up my little brother, Kenny, her boyfriend at the time. She claimed this was some simple errand, but as soon as she entered her sister's house, I was shot at 15 times while sitting in my parked vehicle. I survived the attack and
drove myself to the emergency room. Afterward, the Buffalo Police seized my vehicle for investigation but never contacted me or properly investigated the incident. I was denied access to my vehicle to retrieve personal items and evidence for insurance purposes. Despite this, the police auctioned off my car without my consent, and I am left forced to pay towing fees and receive tickets in my name for the impound. This lack of action from police caused legal and financial hardships. Over the years, I have repeatedly contacted
Buffalo Police and other officials for updates on my case. In 2023 I contacted Buffalo Police Chief for an update, as well as C District's Chief and Sergeant. However, both departments blamed each other for the lack of progress I was told the case was being investigated, but no follow-up was provided. In 2023, I also reached out to Leticia James' office and was contacted by a representative, but I never received a meaningful response. I contacted the FBI, and in a recorded conversation, an agent told me to go back to the Buffalo Police, despite the fact that they had been refusing to help me for years. I have also reached out to Mayor Byron Brown with no follow-up or meaningful asistance. I have also had multiple interactions and emails with CHief Thelma Jones and Sergeant Anthony C. Fanara of the Buffalo Police Department. Despite these efforts, I have not received any response asof the latest communication on December 3, 2024. The patten of neglicence, lack of communication, and failure to act has caused me significant harm and continues to affect my life today.

The federal basis for this claim is: violations of my constitutional rights under 42 U.S.C. § 1983, which protects individuals from actions taken by state actors that violate constitutional rights, specifically due process and equal protection
under the law The failure of law enforcement, including the Buffalo Police Department, the FBI, and other officials, to properly investigate the shooting incident, seize evidence, and provide me with protection and to my personal property constitutes a breach of my rights
under the Fifth and Fourteenth Amendments. Additionally, their continued negligence, despite my repeated attempts to seek help, violates my right to due process and equal protection. I also seek remedy under the Federal Tort Claims Act for the negligent actions of federal
agencies and other authorities involved in this case. Their failure to act in a timely and appropriate manner has caused ongoing harm and continues to affect my life.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court order a full investigation into the shooting and stabbing incidents and hold the responsible parties accountable. I seek compensation for the financial and emotional harm caused by the mishandling of the investigations, including the unlawful auctioning
of my vehicle and denial of access to my personal property. I also request compensation for the damages and theft of my home and belongings by Darnell Maddox and my aunt Sonji Collins.Furthermore, I ask for the court's assistance in ensuring all involved in the shooting, theft,
and stabbing face legal consequences and bear the responsibility for their actions.


6. AMENDED COMPLAINT IN RENE LATRICE WILLIAMS-THOMAS V BUFFALO POLICE DEPARTMENT, ET AL., CASE NUMBER 25-CV-207, BUFFALO DIVSION

C. THIRD CLAIM:
On (date of incident) ,December 2, 2020 defendent (give the name and (if relevant) position held of each defendent involved in this incident) Detective Militello, Detective, at Buffalo Police Department B District and I had an intitial encounter following an event at my home.
Jade a woman with whom I had a dispute, arriceed at my home and falsely reported to 911 operator that her child had been kidnapped. During this encounter, she attacked me, stabbing me on my porch. The police, including Detective Militello responded to her false report, but
by the time the arrivved, Jade had already left and so did I. Detective Militello provided his business card to my landlord who lived downstairs from me and instructed them to have me contact him for further discussion about the incident. Upon reaching out to Detective Militello
he requested that I send him video footage of the stabbing. He expressed that the attack was "attempted murder" and stated that the video footage would be enoug to proceed with the investigation. Detective Militello asured me that he would stay in touch and keep me informed on
next steps. However despite the assurances, the investigation did not progress, and I did not receive any follow-up communication from Detective Militello. In 2022, I spoke with Erie County Clerk, who informed me that the case had been dismissed on JULY 9, 2022. The court records
indicated the Latisha Jades associate, had been arrested December 20, 2021, for trespassing, with no mention of the stabbing attempted murder, or related charges such as identity theft or filing a false police report. Despte Detective Militello's characterization of the incident
as "attempted murder", the court records did not reflect this. I have audio recordings from both my conversation with Detective Militello and the Erie County Clerk, where it was confirmed that the case had been improperly documented and dismissed. On December 21, 2020, the day
after the shooting, I went to the police impound to obtain photos of my car for the insurance company. The impound staff informed me that Detective Militello was the assigned detective for my case, so they called him. Detective Militello told them I could not take photos of my car,
and I could not take photos of my car or take any items from my vehicle due to police investigation, I was instructed by the impound staff to contact him directly. I did just that and spoke with him. He then instructed me to send him photos and information regarding indiviuals I believed
to be involved in setting me up and the shooting. He wanted details and photos of everyone connected to the stabbing and the shooting. I followed his instructions which I have evidence of the emails sent and the requested information, hoping for further guidance. However, from December 22,2020
to December 26,2020, I did not hear back from Detective Militello. During this time, my mother expressed concern, telling me it seemed I would be completely on my own in this situation. She advised me to get somewhere safe. Feeling increasingly unsupported, I decided to go to New York City,
where I had been staying after the stabbing. I had no other place that felt safe, as I had lived in Buffalo my entire life and had never traveled outside of it until the incidents occured. The only place I could think of that was not too far from my mother was New York City. So I went there and
have been living there since. During this time my biological mother and I were constantly contacting Detective Militello, trying to understand why we hadnt head back from him and why he wasnt answering our calls. We left numerous voicemails and tried reaching him repeatedly. This was especially
urgent because for nine months I was unable to receive unemployment due to someone using my identity and collecting benefits in my name. Every tim i tried to verify my identity with unemployment system, it would tell me that someone else was already using my information to verify. As a result, I

Rene' Latrice Williams Thomas    CASE #: 25-CV-207

was completely blocked from accessing the verification system. I spent nine months trying to prove that I was Rene' Latrice Williams Thomas, after having already gone through two near death experiences. I had to prove that I was alive and that I was indeed the person I was born as, which only
added to the distress and fustration I was already facing. I didnt hear anything in regards to this case from Detective Militello or any detective until the year 2022. Thats the next time i heard from Detective Militello. I spoke about this previously earlier this claim. Despite the shooting,
the stabbing, and the ongoing harassment from the individuals still contacting me, breaking into my home, damaging my property, and stealing my belongings, I was constantly trying to get help. In fact in order to transfer my section 8 I had to pay for repairs due to Darnell causing damage by
breaking into my home. My landlord provided audio footage of the damage and the mess left behind, which was why my aunt went over to clean. Instead of cleaning, she stole my things and left not knowing she was on camera. I kept trying to report everything to Detective Militello, but after leaving
countless voicemails and making numerous attempts, I never heard back from him.

The federal basis for this claim is: violations of my constitutional rights under 42 U.S.C § 1983 for the deprivation of my rights by law enforcement officers, specifically the failure to investigate the incidents of my stabbing and shooting, as well as the ongoing harassment and obstruction of justice
by police officers involved in my case. Additionally, the crime involves violations under 18 U.S.C § 242, which criminalizes the willful deprivation of rights by public officials under color of law, as well as 18 U.S.C § 1341 and 18 U.S.C § 1343, which address fraud via mail and wire communications,
respectively. These provisions are relevant due to the fraudalent use of identity in connection with unemployment claims, which led to the wrongful withholding of benefits, further exacerbating my financial and emotional distress.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court order a full investigation into the incidents involving my stabbing and shooting, including the actions of the police officers involved, as well as the fraudulent activities that led to the misuse of my identity. I further reqquest that the court hold responsible parties accountable
for their actions, including the failure to investigate obstruction of justice, and award appropiate compensation for the damages losses and emotional distress caused by the events. Additionally, I request injunctive relief to compel the authorities to reopen and conduct a thorough investigation into these events
and take necessary actions to ensure that the individuals responsible are held accountable. Furthermore, I request that the court assign a fresh set of eyes, including new detectives, to investigate and reopen my case. This includes an investigation into the B and C district police detectives to determine any blockages
in my case and any potienal conflicts of interest. I have evidence of statements made by Jade, indicating that her connections and powerful family members within the police department might have a major influence on the lack of investigation into my case, including her uncle being a lieutenant within the Buffalo Police.
Despite the passage time, I have yet to receive justice for the stabbing, shooting, or identity theft.

D. FOURTH CLAIM:
On (date of incident) December 20,2020- to present day defendent (give the name and (if relevant) position held of each defendent involved in this incident) Buffalo Police Department, B and C District Detectives, and other involved officers mishandled the investigation of a shooting incident that I experienced. Despite being
shot at 15 times while in my vehicle, I was not contacted by any detective or officer regarding the status of my case. The investigation was neglected, and my vehicle, which was shot at, was impounded by the police on December 20,2020. However, I was never notified about the impoundment nor was I contacted by any police
personnel about the investigation. I attempted to reach Detective Militello repeatedly, calling and leaving countless voicemails, but I never received a return call or any update. My Mother also made numerous calls to Detective Militello and left messages, but was left with no response. This lack of communication and neglect
continues to this present day.

The federal basis for this claim is: violation of civil rights under 42 U.S.C § 1983 for failure to notify me regarding the impoundment and auction of my vehicle, obstruction of justice, and mishandling of evidence. The Buffalo Police Department and the B and C District detectives involved violated my constitutional right to
a fair and imparial investigation. They failed to return my property, failed to notify me about the investigation into the shooting, and failed to uphold their duty to investigate the incident in good faith. Additionally, my car was totaled out due to the shooting incident, but because the police failed to provide proof of the
damage or the status of the investigation, my insurance company could not process the claim and total out the car. I was also denied my plates, preventing me from returning them to the DMV and clearing my legal standing. Furthermore, I still owe insurance payments for the vehicle, which has placed me under additional finacial
strain. These actions, or lack thereof, have caused ongoing financial distress and complications with my insurance and legal status.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court order a full investigation into the shooting incident that occured on December 20,2020, and into the actions of Buffalo Police Department and the detectives from the B and C Districts. I request that the court order the reopening of my case and a

thorough review of actions, or lack thereof, taken by police
officers, including their failure to notify me or update me on the status of my vehicle or the investigation. I also request the court to hold those responsible for these failures accountable, inluding the wrongful sale of my vehicle in the police auction without my knowledge. Additionally, I seek compensation for the financial,
emotional, and legal hardship caused by the mishandling of my case, the failure to return my property, and the continued legal and financial complications resulting from this neglect. I request that the court also clear any legal and financial burdens, including the suspension of my permit license, which has remained unresolved due
to the police's failure to provide the necessary documentation for my vehicle's impoundment and auction. Furthermore, my car was totaled, and my insurance company was unable to process my claim due to the lack of proof that my car had been shot, which I was never provided, nor was I given my vehicle plates. Lastly I request that
the court to ensure that any responsible parties are held accountable for the neglect and the obstruction of justice I have experienced. The police's inaction has caused ongoing emotional distress, financial hardship, and legal challenges, including the unresolved impound fees and the continuing suspension of my permit. This has
prevented me from pursuing new career opportunities, such as obtaining my CDL, and I seek appropriate restitution and justice for these wrongs.


E. FIFTH CLAIM:
On (date of incident) August 11, 2022, defendent (give the name and (if relevant) position held of each defendent involved in this incident) Detective Schnell and I were on a phone call having a conversation, I called to speak to the Chief of Police at C District, as I had been instructed, in order to request the reopening of my
case. My case had been closed without investigation, and I was seeking the opportunity for further review. Instead of assisting me, Detective Schnell told me that I was lying about my experiences and the instructions I had been given. I asked him, "So you're saying I'm lying" and he confirmed "Yes." He went on to explain why he
believed I was lying. He also laughed during the conversation, dismissing the seriousness of my situation, and said, "Someone was fucking with me", implying that no one told me Detective Militello was the detective on my case unaware that I had proof of communication the day after the shooting. He acted as though my near-death
was some kind of joke. Detective Schnell's conduct was completely unprofessional and showed no empathy. He acted as though my lived experience, including the violent attack I endured, was not serious, as if my situation was a joke or insignificant. This dismissive, nonchalant attitude was a violation of the oath he took as a law
enforcement officer, whose duty is to treat individuals with respect and to uphold justice. He mocked my trauma and failed to acknowledge the gravity of what I had endured. He continued to speak over me, disregarding my attempts to explain myself. When I struggled to express my thoughts, he showed no patience, even though I often
stutter due to the trauma Ive experienced. Instead of offering support, he interrupted me, yelled at me, and eventually hung up on me. I recorded this entire call, which contains clear evidence of Detective Schnell's unprofessional behavior, including his verbal abuse, dismissiveness, and failure to properly address my concerns
or investigate my case.


The federal basis of this claim is: Detective Schnell's actions violated my rights to be treated with respect, dignity and professionalism as a victim of violence. His behavior intensified my emotional distress and directly contributed to my denial of justice. By mocking my situation and failing to treat me with the seriousness
I deserve, Detective Schnell violated the standards of professionalism required for law enforcement and exhibited a lack of empathy that further compounded my suffering.


State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court investigate Detective Schnell's actions during the phone call, hold him accountable for his unprofessional and abusive behavior, and ensure that the necessary steps are taken to reopen my case. I seek a thorough review of my case by a detective or officer who will demonstrate the empathy, respect, and
professionalism required in such circumstances. I request that the court take measures to prevent such dismissive behavior from occuring in the future and ensure that my case is treated with the seriousness and attention it deserves.


F. SIXTH CLAIM:
On (date of incident) discovery in 2022, (give the name and (if relevant) position held of each defendent involved in this incident), I learned that Detective Tripp with the C District Buffalo Police Department had been assigned to investigate my case. For over a year, I was misled into blieving that Detective Militello was handling
my case. During this entire time, I never once heard from Detective Tripp. He never contacted me, never questioned me, and never gave me the opportunity to provide information regarding the attempted murder I survived. By the time I discovered that Detective Tripp was the assigned investigator, my case had already been closed out.
A false report was allegedly filed stating that I had spoken to law enforcement and confirmed there was no known suspects. The report also stated that there were shots fired at my vehicle, but it failed to specify that I was sitting inside my car when I was shot at 15 times and that I was set up by the person who led me to the location.
The report contained no mention of me being inside the vehicle when it was fired upon, nor did it state that I had to drive myself to the emergency room. It also failed to include the fact that I sustained cuts on my lower back from shattered glass when my windows were shot out, and that I have photos of my injuries, my blood-stained
jacket, and still have scars to this day. I found this out on the recorded call with Detective Schnell, during which I stated the report was false. I never called the police after th shooting-I drove myself to ECMC in complete panic shock knowing I was bleeding assuming I was shot. In the moment I arrived to the Emergency waiting

room, I was mentally stuck, unable to process anything other than repeating, "But I need my car," every few seconds. The report was entirely untrue. I was never given the opportunity to provide crucial information regarding my case, including the individuals I believed to be involved, how I was set up, and how this incident was directly
connected to previous threats and attacks against me. Had Detective Tripp fulfilled his duty and contacted me, I would have provided full account of the events, including the ongoing harassment I endured from Jade, who had been stalking and harrassing me for 2 years prior to both incidents. I would have explained how my whereabouts were
only known to a specific person at the time of the attack, further proving that I was set up. Instead, my case was ignored, closed without investigation, and dismissed without any effort to seek justice on my behalf. Due to Detective Tripp's failure to investigate, I continue to suffer the consequences of the crimes committed against me
I have faced legal and financial hardships, including debts, a suspended permit, and the ability to pursue career as a CNA for six years. My CNA certification was suspended due to my inability to work while experiencing homelessness. I also suffered prolonged financial instability, including nine months of being unable to receive
unemployment benefits. As a result, I was forced into homelessness, wasnt accepted into shelters due to covid and overcrowded circumstances, paying for hotels, and even sleeping outside in a city where I had no support system. Detective Tripp's failure to conduct an investigation not only denied me justice but also contributed to the
ongoing hardships I continue to endure.

The federal basis of this claim is: Detective Tripp's failure to investigate my case violated my constitutional rights under the Fourteenth Amendment, which guarentees due process and equal protection under the law. Law enforcement has a duty to conduct proper investigations, especially in cases involving violent crimes. By failing
to contact me, gather evidence, or investigate my attempted murder, Detective Tripp deprived me of my right to due process and fair treatment in the justice system. Additionally, this failure to investigate constitutes deliberate indifference under 42 U.S.C § 1983, as law enforcemnt officers cannot arbitrarily ignore victims of violent crimes,
particularly when their inaction leads to more harm. His negligence directly contributed to my continued legal, financial, and emotional distress, violating my rights as a crime victim and denying me access to justice.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court investigate Detective Tripp's failure to investigate my case and hold him or her accountable for his negligence. I request a thorough and legitimate review of my case by a competent investigator who will take my claims seriously and conduct a proper investigator who will take my claims seriously and conduct a proper
investigation. I also seek accountability for the false report filed under my name and request that my case be reopened so that justice can be served. Additionally, I request compensation for the financial and emotional distress caused by the mishandling of my case.

G. SEVENTH CLAIM:
On (date of incident) July 10, 2023 (give the name and (if relevant) position held of each defendent involved in this incident) Chief Thelma Jones, and Sergeant Detective Anthony Fanara, Buffalo Police Department, I emailed Chief Thelma Jones, detailing my case and the failures of the Buffalo Police Department to investigate my attempted murder and previous attacks. In my email,
I included evidence, video links, and documentation proving my claims. I pleaded for her assistance in ensuring that my case was properly investigated. On July 11, 2023 Chief Thelma Jones responded, stating that she had forwarded my email to her Sergeant Detective, Anthony Fanara, for review. This response gave me a brief sense of hope-that finally, someone in authority would take
my case seriously. Shortly after, I receieved emails from Sergeant Detective Fanara, where he acknowledged receiving my evidence, stated that he was reviewing the videos, and assured me that he ws looking into my case. He later contacted me again, repeating that he was still reviewing the evidence. However, after this intial communication, I never received any further updates or meaningful
action. In August 2023, I reached out to Sergeant Detective Fanara again, as I was trying to obtain my GED but faced obstacles due to the unresolved legal and financial consequences stemming from this case. I was only able to pass one of the four required tests before my permit expired, and because of the lack of investigation and failure to clear my record, I was unable to renew my
permit-further setting me back in rebuilding my life. On December 3,2024, I contacted Chief Thelma Jones once again, hoping for a response. I never received one. After months of silence and continued hardship, in Feburuary 2025, I submitted my case to the court upon learning that I had the right to do so. Throughout the years Days turned into weeks, weeks turned into months, yet nothing
was done. I continued to reach out, only to be ignored. No investigation was conducted. No officers contacted me for a statement. No one reviewed overwhelming evidence I had provided. My case remained closed, dismissed as if my life did not matter. Had Chief Thelma Jones and Sergeant Detective Anthony Fanara fulfilled their duties and ensured that my case was properly reviewed, I would not
still be suffering the consequences of these crimes today. I was stabbed, shot at 15 times, financiall ruined, and left homeless, yet the Buffalo Police Department refused to provide me with justice. Their failure to investigate allowed my attackers to remain free, further endangering my life. Because of their inaction, I have endured immense financial, legal, and emotional distress. I have
suffered homelessness, loss of employment, an inability to rebuild my life due to the consequences of crimes that were never taken seriously. The deliberate disregard for my case by Chief Thelma Jones and Sergeant Detective Anthony Fanara constitutes a failure of duty, obstuction of justice, and a violation of my rights. I also have a recorded call with Sergeant Detective Anthony Fanara from August 15, 2022, in which he contactedme regarding Detective Schnell's inappropriate behavior, including laughing and making dismissive remarks about my case. During this call, Detective Anthony Fanara took down names, asked if I saw the shooter, and noted my description of the vehicle I saw the shooter, and noted my description of th vehicle I saw drive off and those involved. He claimed he
needed warrants to access phone records but never followed up or provided any updates. Instead, in July 2023, Chief Jones assigned my case back to Fanara, despite my prior complaints that he had already failed to act-trapping me in a repetitive cycle of inaction and neglect.

The federal basis of this claim is: The actions of Chief Thelma Jones and Sergeant Detective Anthony Fanara violtate my Fourteenth Amendment rights under the Due Process and Equal Protection Clauses. Their failure to investigate my case properly, despite receiving substantial evidence and witness testimony, deprived me of my constitutional right to a fair investigation, leaving my attackers unpunished and denying me justice. Their inaction constitutes a deliberate disregard of my rights and a violation of the constitutional guarantee of equal protection under the law. Furthermore, their failure to act on the evidence I provided constitutes obstrucion of justice, as their actions knowingly placed me in a continuous cycle of inaction. By reassigning my case to Sergeant Detective Fanara, who had already failed to conduct a thorough investigation, they obstructed the legal process and denied me a fair opportunity for my case to be properly reviewd and investigated. Additionally, the negligence exhibited by Chief Jones and Sergeant Fanara in failing to protect me from further harm by not investigating my case adequately constitues a failure to fulfill their duty to protect citizens. The mishandling of this case and disregard for critical evidence led to my continued vulnerability to harm, both financially and emotionally, and caused significant ongoing hardship.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I request that the court investigate the failure of Chief Thelma Jones and Sergeant Detective Anthony Fanara to take action on my case. I request a thorough, independent review of my case by a competent investigator who will take my claims seriously. I seek accountability for their negligence and obstruction of justice. Additionally I request appropriate compensation for financial, emotional, and
legal hardships I have suffered due to their failure to act.

H. EIGHT CLAIM:
On (date of incident) July 27, 2023, (give the name and (if relevant) position held of each defendent involved in this incident) Leticia James, Attorney General, I reached out to the Honorable New York State Attorney General's office regarding ongoing negligence and misconduct by the Buffalo Police Department, specifically Districts B and C, related to my cases of attempted murder, police inaction, and mistreatment over the past three years. I have recorded evidence and supporting documents detailing events. I described the severe lack of action from Detective Militello and other officers, who not only failed to investigate my case but also allowed the involved individuals to go free, despite clear evidence and witness testimony. I also explained the emotional, physical, and financial hardship
I have endured as a result of their failure to do their job, including the wrongful impounding and auctioning of my car, identity theft, and the failure to offer and form of justice or assistance in addressing these crimes. Approximately 1-3 months after sending my complaint, I received a call from an unlisted number, which I later learned was from the Attorney Generals office. I provided all requested
information about my case, including details about the officers I had spoken with, the lack of investigation, and the ongoing abuse I experienced and endured. However, after this call, I never received any further communication or updates from the Attorney General's Office regarding my case. To date, no meaningful action has been taken, leaving me without resolution or assistance. This inaction is not
only a violation of my rights but has compounded my emotional distress, deepened my sense of injustice, and perpetuated the trauma of the ongoing negligence by the Buffalo Police Department. The failure of the Attorney's General's office to act on my complaint is a clear denial of my rights to justice, further exacerbating the harm I have already suffered.

The federal basis of this claim is: based on 42 U.S.C. § 1983, which allows individuals to seek relief in federal court for violations of constitutional rights by persons acting under the color of state law. In this case, the failure of the Buffalo Police Department to investigate my case, and the subsequent inaction of the Attorney General's office, constitutes a violation
violations of my Fourth Amendment rights(protection against unreasonable searches and seizures) and Fourteenth Amendment rights(due process and equal protection). The continued ongoing denial of justice and the failure to address my case have caused me ongoing harm and threatened my safety and well-being, which I seek to remedy in federal court under Section 1983. Under 1983, I am entitled to seek
redress for violation of my constitutional rights, including the right to protection from governmental inaction, especially when the inaction has led to harm neglect, and abuse. This misconduct and failure to address my case are not only a violation of my civil rights but have also resulted in significant emotional, physical, and financial distress.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I ask the court to order a comprehensive, independent investigation into my case, including a full review of the actions of both the Buffalo Police Department and the Attorney General's office. I also request that the court issue an order for the appropriate authorities to take immediate action to address the ongoing abuse, including holding the responsible parties accountable for their failure to act. Furthermore, I request compensation for the emotional, financial, and physical hardships I have endured as a result of the systemic failure to provide justice and protection.

I. NINETH CLAIM:
On June 17,2023, (give the name and (if relevant) position held of each defendent involved in this incident) Byron Brown, Mayor of Buffalo, Ny. I sent and email to Mayor Byron Brown pleading for his help. I was not just writing an email-I was reaching out in desperation. For three years, I had been ignored, my life repeatedly put in danger, and my attempts at seeking justice dismissed. I was set up, my
identity was stolen, and I survived to attemps on my life within two weeks of each other. The Buffalo Police Department refused to investigate. They had the evidence, the names, the reports-yet they did nothing. In that email, I provided a video link detailing my ordeal, hoping that someone in power would finally see the truth. I had been calling the Mayor's office for awhile. Each time, I was

given
the runaround "Call back tomorrow". "Try again next week". "The Mayor is Unavailable" The voives on the other end of the line blurred
together-some the same, some different-but none of them ever gave me a real answer. I kept explaining my situation, over and over,
hoping that this time, someone would listen. Eventually a receptionist told me outright: The Mayor will not be able to speak with you about
this matter. That was it. No explanation, no apology-just a closed door in my face. I was left on my own, still fighting to be heard, still
trying to get someone, anyone, to do their job and acknowledge the crimes committed against me. I have the proof. I have recorded
phone calls showing my repeated efforts to get heelp. I have emails documenting the times I reached out via email. I did everything
I was supposed to do- I reported the crimes, I gathered evidence, I followed up, asked for help from the people who are supposed to
serve and protect. And still, I was ignored. Mayor Byron Brown's failure to even acknowledge my situation llowed the injustices to
continue unchecked, leaving me trapped in a cycle of emotional distress, financial hardship, and ongoing danger.

The federal basis of this claim is: brought under 42 U.S.C. § 1983, as Mayor Byron Brown, acting under the color of state law, willingly
ignored my repeated attempts to seek justice. His failure to persist, including the deprivation of my rights to due process and equal
protection under the Foureenth Admendment. By refusing to intervene, acknowledge, or even respond to my request for assistance, he directly
contributed to my ongoing suffering and denied me access to justice I deserve.

State briefly exactly what you want the Court to do for you. Make no legal arguments and cite no cases or statutes:
I ask the COurt to recognize that Mayor Byron Brown's failure to act contributed to ongoing violations of my civil rights. I ask the Court
to order an investigation into his office's neglect and the systemic failure of leadership that left me without support or justice. I want
the Court to hold him accountable for his refusal to intervene in a crisis that demanded action. I seek compensation for the
emotional, financial, legal, and physical toll that his in action has caused me. I also ask the Court to ensure that this never happens to
anyone else-that no one seeking justice is ever ignored, dismissed, or left to fend for themselves while those in power turn a blind eye.

7. SUMMARY OF RELIEF SOUGHT
Summarize the relief requested by you in each statement of claim above
I respectfully ask the court to hear my cry for justice. Although I am aware that my case is outside of the statute of limitations, I have
faced years of neglect and lack of assistance from authorities, lawyers, and others who should have helped me. Due tp the seriousness of my
case and potiental connection to law enforcement, I have been unable to find the necessary support and guidance. I have audio
recordings of numerous attempts to contact higher authorities, but each time, I was left to navigate the legal system on my own. Over the years, I have
had to teach myself the laws, the justice sysyem, and the chains of command because no one was willing to help. I ask the court to
consider these circumstances and the ongoing harm I have suffered due to this lack of assistance. Additionally, I request the court to order a full
investigation into the shooting and stabbing incidents, hold all responsible parties accountable, ensure that those involved face
appropriate legal consequences for their actions, and award compensation for the financial, emotional, and physical harm I have endured.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on
(date) 3/25/2025, March 25, 2025 (original Filing Date 2/2025)
NOTE: Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.

Signature(s) of Plaintiff(s)

Name: Rene' Latrice Williams-Thomas

Address: 573 W 183 st Apt 3D

City,State,Zip:New York,New York 10033

Phone: 646-498-5124

Email:Sunnyra643@gmail.com


Date: March 25, 2025


Clerk of Court

United States District Court

Western District of New York

Robert H. Jackson United States

Courthouse

2 Niagara Square 2nd Floor

Buffalo, Ny 14202


Re: Submission Of Amended Complaint

Case Number: 25-cv-207


I am submitting my Amended Complaint in the above-referenced case. Per the court's instructions, I have numbered my amended claims and included any additional defendants on the supplemental sheets. I have also signed and dated the last page of the document.

Enclosed, please find the following documents for filing:

Rene' Latrice Williams-Thomas                    CASE # 25-CV-207

1. Amended Complaint

2. Supplemental Sheet for Amended Claims

3. Supplemental Sheet for Defendants

4. In Forma Pauperis (IFP) Form

5. Original Pro Se Claim Form


Please file these documents and update the Court record accordingly. If there are any issues or additional requirements, pleas notify me at your earliest convenience.


Thank you for your time and assistance.


Respectfully,

Rene Latrice Williams Thomas

CERTIFIED MAIL

9589 0710 5270 1134 1482 45



U.S. POSTAGE PAID
PM
NEW YORK, NY 10040
MAR 25, 2025
$17.17
RDC 03    S2324N500771-18

ms-Thomas
St Apt 3D
New York 10033

USDC - WDNY
MAR 27 2025
BUFFALO

25-CV-207

TO: Clerk of Court
U.S. District Court of the
Western District of New York
2 Niagara Square
Buffalo, NY 14202

ReadyPost

FROM:

Rene'L Williams-Thomas
573 W. 183 St Apt 3D
New York, New York 10033

9589 0710 5270 1134 1482 45

14202
RDC 03

USDC - WDNY
MAR 27 2025
BUFFALO

25-CV-207

TO: Clerk of Court
U.S. District Court of the
Western District of New York
2 Niagara Square
Buffalo, NY 14202



PRIORITY MAIL ★
TRACKED INSURED
UNITED STATES POSTAL SERVICE ®
Domestic and International Use    Label 107R, May 2014

Utility Mailer
10 1/2" x 16"

Ready P